AO 442 (Rev. 01/09) Arrest Warrant (ARE          )

# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

**NOV 25 2022**

**TAMMY H. DOWNS, CLERK**
By:_____
                            DEP CLERK

| | |
|---|---|
| United States of America | |
| v. | Case No.: 4:22CR00300-29 JM |
| Donnell Lakeith Reed | |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Donnell Lakeith Reed**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows: **Conspiracy to distribute/PWID marijuana, as further explained in the attached documents.**

Date: November 1, 2022

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

**TAMMY H. DOWNS, CLERK**
*Printed name and title*

### Return

This warrant was received on *(date)* 11/2/2022, and the person was arrested on *(date)* 11/9/2022
at *(city and state)* Alexander AR

Date: 11/10/2022

FBI Highfill by C. Young
*Arresting officer's signature*

FBI Highfill by C. Young
*Printed name and title*